**FILED**

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2907-LAB |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., |
| JESUS CAMARILLO (1) ) | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| JOSE ALFREDO LOJERO-VALDOVINOS, JR (2) ) | |
| PEDRO MENDEZ-LOPEZ (3), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about August 12, 2008, within the Southern District of California, defendants JESUS CAMARILLO, JOSE ALFREDO LOJERO-VALDOVINOS, JR and PEDRO MENDEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Cesar Augusto Sanchez-Vazquez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 8/28/08.

KAREN P. HEWITT
United States Attorney

*Shirlee M. Becker for*

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
8/19/08