UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jesus Camarillo, et al. ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08 CR 2907-LAB <br> 08 MJ 2516 <br> ORDER <br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Mat. Wit: Cesar Augusto Sanchez-Vazquez

DATED: Aug. 28, 2008

**RUBEN B. BROOKS**
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk  B. Booja